**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **25-1805**

JESSICA M. BRINK, Appellant

v.

JOHN BORMANN, individually and in his official capacity as Superintendent and Chief Administrative Officer of the Rumson School District; BOARD OF EDUCATION OF RUMSON IN THE COUNTY OF MONMOUTH, a body politic and corporate

(D.N.J. Civ. No. 3:23-cv-00497)

Present: KRAUSE, RESTREP0, and PORTER, *Circuit Judges*

Submitted by the Clerk for Possible Sua Sponte Appointment of Amicus Curiae

in the above-captioned case.

O R D E R

It appears that further briefing is required to assist the Court with the issues presented in this appeal. Accordingly, it is hereby O R D E R E D that the appeal be removed from the Court's current calendar and that the Clerk appoint pro bono counsel to serve as amicus curiae on behalf of the appellant. Once amicus counsel is appointed and provided sufficient time to review the record, the Clerk shall issue a new briefing schedule and, in due course, assign this case to a new panel for disposition.

Amicus counsel's representation shall be limited to the following questions: (1) whether the "public employee" framework established in *Garcetti v. Ceballos*, 547 U.S. 410 (2006), and *Pickering v. Board of Education*, 391 U.S. 563 (1968), applies to appellant's First Amendment claims given her apparent status at the relevant time as an employee of a private government contractor, *cf. Clairmont v. Sound Mental Health*, 632 F.3d 1091, 1100-02 (9th Cir. 2011) (applying *Bd. Of Cnty. Comm'rs v. Umbehr*, 518 U.S. 668 (1996)); and (2) whether that determination can be made on the basis of the facts alleged in appellant' Second Amended Complaint or whether that determination instead requires further factual development, *cf. Clairmont*, 632 F.3d at 1100-02 (reviewing the issue on a summary judgment record). Appellant may, but is not required, to file her own brief addressing any additional issues.

By the Court,

s/David J. Porter
Circuit Judge

Dated: September 3, 2026
Sb/cc: Jessica Brink
Patrick F. Carrigg, Esq.
Sharyn Jacob Gallatin, Esq.