UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-1805**

Brink v. Borman
(D.N.J. No. 3:23-cv-00497)

**ORDER**

In accordance with the Court's Order of September 3, 2026, Will W. Sachse, Esq. and David Costigan, Esq. are hereby appointed as amicus counsel on behalf of Appellant. The scope of counsel's representation is limited to the following issue specified by the Court:

(1) whether the "public employee" framework established in *Garcetti v. Ceballos*, 547 U.S. 410 (2006), and *Pickering v. Board of Education*, 391 U.S. 563 (1968), applies to appellant's First Amendment claims given her apparent status at the relevant time as an employee of a private government contractor, *cf. Clairmont v. Sound Mental Health*, 632 F.3d 1091, 1100-02 (9th Cir. 2011) (applying *Bd. Of Cnty. Comm'rs v. Umbehr*, 518 U.S. 668 (1996)); and
(2) whether that determination can be made on the basis of the facts alleged in appellant' Second Amended Complaint or whether that determination instead requires further factual development, *cf. Clairmont*, 632 F.3d at 1100-02 (reviewing the issue on a summary judgment record).

The appointment of Amicus Counsel is without compensation. Counsel shall have a period of 45 days to review the record before a briefing schedule is issued. As counsel has been appointed as Amicus on behalf of Appellant, counsel's brief is not subject to the limitations of Fed. R. App. P. 29(a)(5). Additionally, counsel need not request permission to participate in oral argument. Counsel shall file the entry of appearance form as Amicus Counsel on behalf of Appellant within 14 days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 22, 2026

sb/nmb/cc: Jessica M. Brink
Patrick F. Carrigg, Esq.
Sharyn Jacon Gallatin, Esq.
David Costigan, Esq.
Will W. Sachse, Esq.